UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOBY J. MASSE,<br><br>                Plaintiff,<br><br>  vs.<br><br>MAGGIE MILLER-STOUT, YSIDRO BECERRA, JAMES WATKINS, LARRY JENKINS, and GREGORY STARR,<br><br>                Defendants. | NO. CV-10-065-EFS<br><br>**ORDER GRANTING IN PART DEFENDANTS' MOTION TO VACATE SCHEDULING ORDER** |

Before the Court, without oral argument, is Defendants' Motion to Vacate Scheduling Order, ECF No. 34. Defendants seek relief from deadlines in the Court's November 19, 2010 Scheduling Order until after the Court addresses Defendants' Motion for Summary Judgment, ECF No. 20. The Court granted Defendants' Motion to Expedite Hearing of Defendants' Motion to Vacate Scheduling Order, ECF No. 38, requiring Plaintiff Toby J. Masse to respond no later than 5:00 p.m. on August 24, 2011, and resetting the hearing date for Defendants' Motion to Vacate Scheduling Order to August 26, 2011. ECF No. 39. Plaintiff has not responded. For the reasons discussed below, the Court grants in part Defendants' motion.

Defendants moved for summary judgment on May 26, 2011, with hearing set for July 15, 2011. ECF Nos. 20 & 28. Under Local Rule (LR) 7.1(c)(1), Mr. Masse, who is proceeding pro se and in forma pauperis, ECF

ORDER ~ 1

No. 3, had thirty (30) days from the date of mailing of the Certificate of Service to respond to Defendants' summary judgment motion. Mr. Masse did not respond. On August 8, 2011, the Court provided Mr. Masse with a *Klingele* advisory[1], extended Mr. Masse's response deadline to September 7, 2011, and reset the hearing date to October 12, 2011. ECF No. 33. Because of this unanticipated delay, Defendants seek relief from deadlines for filing pretrial documents until after the Court has addressed Defendants' Motion for Summary Judgment. The Court finds good cause to suspend deadlines in the Scheduling Order and grants in part Defendants' motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Motion to Vacate Scheduling Order, **ECF No. 34**, is **GRANTED IN PART**. The Court will **hold all deadlines contained in the Scheduling Order, with the exception of the trial date, in abeyance pending the resolution of Defendants' Motion for Summary Judgment**, ECF No. 20.

2. **NOTICE - WARNING**: Because Mr. Masse is proceeding *pro se* in this matter, the Court forgave his earlier failure to respond to Defendants' motion, reset the hearing date for Defendants' motion, and provided Mr. Masse with a *Klingele* advisory. ECF No. 33. **Mr. Masse is required to respond to Defendants' motion by September 7, 2011, or he risks dismissal of his case**. Under Local Rule 56.1(d), if a party fails to respond to another party's motion for summary judgment, the Court may

---

[1] *See Klingele v. Eikenberry*, 849 F.2d 409, 411 (9th Cir. 1988); *Rand v. Rowland*, 154 F.3d 952, 962 (9th Cir. 1998).

ORDER ~ 2

assume that the facts as claimed by the moving party are admitted to exist without controversy.

**If Mr. Masse fails to respond to Defendants' motion by September 7, 2011, the Court will accelerate hearing on Defendants' Motion for Summary Judgment, and will address the merits of Defendants' motion without oral argument on September 8, 2011.**

3. Mr. Masse is further advised that **all parties, whether or not represented by an attorney, are responsible for following the requirements set forth in the Federal Rules of Civil Procedure and the Local Rules. Please take special note of Local Rule 5.1 regarding service and filing of pleadings, Local Rule 7.1 regarding motion practice, especially subsections (f) through (h), and Local Rule 56.1 regarding summary judgment.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies of this Order to Mr. Masse and counsel.

**DATED** this ____26th____ day of August 2011.

S/ Edward F. Shea
EDWARD F. SHEA
United States District Judge

Q:\Civil\2010\65.vacate.scheduling.order.lc2.wpd

ORDER ~ 3