AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

TOBY J. MASSE,

                  Plaintiff,

                                      JUDGMENT IN A CIVIL CASE

                  v.

MAGGIE MILLER-STOUT, YSIDRO BECERRA, JAMES WATKINS, LARRY JENKINS, and GREGORY STARR,

CASE NUMBER: CV-10-065-EFS

                  Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Defendants' Motion for Summary Judgment entered on October 11, 2011, ECF No. 41, judgment is entered in favor of Defendants with prejudice.

October 11, 2011                                       JAMES R. LARSEN
*Date*                                                         *Clerk*

                                                         s/ Cora Vargas
                                                         *(By) Deputy Clerk*
                                                         Cora Vargas